In the Matter of the Estate of OSCAR S. FOSTER, Deceased. ALBERT O. FOSTER, as Executor, Respondent; STATE TAX COMMISSION, Appellant.

(Argued December 8, 1933; decided January 9, 1934.)

*Seth T. Cole* and *Mortimer M. Kassell* for appellant.
*Richard R. Martin* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: LEHMAN, J.